## Milner *vs.* The State of Georgia.

The property taken from the smoke-house in this case at the time of the burglary thereof was sufficiently identified with that found in the possession of the defendant shortly thereafter. The jury found the defendant guilty; the presiding judge was satisfied with the verdict, and there was no abuse of discretion in refusing a new trial.

Judgment affirmed.

March 10, 1885.

Hall, Justice.

---

Brantley *et al.*, administrators, *et al. vs.* Brookins, ordinary, for use.

The bill of exceptions recites this case to have been that of "Haywood Brookins, ordinary of said county, suing for the use of John J. Buck and wife, E. N. Ennis and wife *et al. vs.* Green Brantley and W. A. Davis, administrators on the estate of John Davis, deceased, and James G. Brower, administrator on the estate of John Kittrell, deceased." The defendants were dissatisfied with the judgment, and excepted. Service was acknowledged by " J. N. Gilmore and Jas. K. Hines, attorneys for Ennis and wife *et al.*":
*Held*, that the writ of error must be dismissed.